NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**OPINIONLAB, INC.,**
*Appellant*

v.

**QUALTRICS, LLC,**
*Appellee*

_____

2016-1158, -1159

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in Nos. IPR2014-00420, IPR2014-00421.

-------------------------------------------------------------------------------

**OPINIONLAB, INC.,**
*Appellant*

v.

**QUALTRICS, LLC,**
*Appellee*

_____

2016-1164, -1165

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in Nos. IPR2014-00356, IPR2014-00406.

_____

**ON MOTION**

_____

**O R D E R**

Appellant OpinionLab, Inc., moves without opposition to dismiss these appeals pursuant to Fed. R. App. P. 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

1) The motions are granted. The appeals are dismissed.
2) Each party shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

ISSUED AS A MANDATE:  November 12, 2015